DocuSign Envelope ID: 195FCA38-ED30-4598-A715-21378A3BBA7A

# PLAINTIFF CONSENT FORM

I hereby consent to make a claim against Water Street Brewery for violations of the Fair Labor Standards Act, including:

(1) Requiring servers to pay for discarded coasters, discarded silverware, discarded or broken dishes, damaged food products or use of children's cups by non-guests;

(2) Requiring servers to share tips, through a tip pool, with non-tipped employees, such as expediters and serving assistants;

(3) Not paying servers for breaks that were less than 30 minutes when they were punched out; and

(4) Failing to provide proper notice of the tip credit that Water Street Brewery was taking for each hour worked by servers.

As a result of these pay practices, there were weeks in which I was not paid proper minimum and/or overtime wages. During the past three years, I was employed by Water Street Brewery.

I hereby authorize prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Michael Toy as class representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreement between Plaintiff's Counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit.



DocuSigned by:

Allison Kay Ferguson

198EB6CBBC0041D...

Signature

Allison Kay Ferguson

Name

9/25/2017

Date

DocuSign Envelope ID: 1FBEB9B2-5241-42B7-99FF-ACBC7C92F29D

# PLAINTIFF CONSENT FORM

I hereby consent to make a claim against Water Street Brewery for violations of the Fair Labor Standards Act, including:

(1) Requiring servers to pay for discarded coasters, discarded silverware, discarded or broken dishes, damaged food products or use of children's cups by non-guests;

(2) Requiring servers to share tips, through a tip pool, with non-tipped employees, such as expediters and serving assistants;

(3) Not paying servers for breaks that were less than 30 minutes when they were punched out; and

(4) Failing to provide proper notice of the tip credit that Water Street Brewery was taking for each hour worked by servers.

As a result of these pay practices, there were weeks in which I was not paid proper minimum and/or overtime wages. During the past three years, I was employed by Water Street Brewery.

I hereby authorize prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Michael Toy as class representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreement between Plaintiff's Counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit.

DocuSigned by:
*Deshawn Ferguson*
AE57EDDEEBD049E...
Signature

Deshawn Ferguson
Name

11/6/2017
Date

## PLAINTIFF CONSENT FORM

I hereby consent to make a claim against Water Street Brewery for violations of the Fair Labor Standards Act, including:

(1) Requiring servers to pay for discarded coasters, discarded silverware, discarded or broken dishes, damaged food products or use of children's cups by non-guests;

(2) Requiring servers to share tips, through a tip pool, with non-tipped employees, such as expediters and serving assistants;

(3) Not paying servers for breaks that were less than 30 minutes when they were punched out; and

(4) Failing to provide proper notice of the tip credit that Water Street Brewery was taking for each hour worked by servers.

As a result of these pay practices, there were weeks in which I was not paid proper minimum and/or overtime wages. During the past three years, I was employed by Water Street Brewery.

I hereby authorize prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Michael Toy as class representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreement between Plaintiff's Counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit.

_Lauren Klotz_
Signature

Lauren Klotz
Name

9/13/2017
Date

DocuSign Envelope ID: CE052259-D728-400C-8E1A-7A279A6DFD03

# PLAINTIFF CONSENT FORM

I hereby consent to make a claim against Water Street Brewery for violations of the Fair Labor Standards Act, including:

(1) Requiring servers to pay for discarded coasters, discarded silverware, discarded or broken dishes, damaged food products or use of children's cups by non-guests;

(2) Requiring servers to share tips, through a tip pool, with non-tipped employees, such as expediters and serving assistants;

(3) Not paying servers for breaks that were less than 30 minutes when they were punched out; and

(4) Failing to provide proper notice of the tip credit that Water Street Brewery was taking for each hour worked by servers.

As a result of these pay practices, there were weeks in which I was not paid proper minimum and/or overtime wages. During the past three years, I was employed by Water Street Brewery.

I hereby authorize prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Michael Toy as class representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreement between Plaintiff's Counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit.

DocuSigned by:
*Jessica Laflin*
77E6A4D6DC3446E...

Signature

Jessica Laflin

Name

9/9/2017

Date

DocuSign Envelope ID: AA116B74-F80C-4627-B856-ACE4018DE6CE

# PLAINTIFF CONSENT FORM

I hereby consent to make a claim against Water Street Brewery for violations of the Fair Labor Standards Act, including:

(1) Requiring servers to pay for discarded coasters, discarded silverware, discarded or broken dishes, damaged food products or use of children's cups by non-guests;

(2) Requiring servers to share tips, through a tip pool, with non-tipped employees, such as expediters and serving assistants;

(3) Not paying servers for breaks that were less than 30 minutes when they were punched out; and

(4) Failing to provide proper notice of the tip credit that Water Street Brewery was taking for each hour worked by servers.

As a result of these pay practices, there were weeks in which I was not paid proper minimum and/or overtime wages. During the past three years, I was employed by Water Street Brewery.

I hereby authorize prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Michael Toy as class representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreement between Plaintiff's Counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit.

*Cody Ryan Polacek* (DocuSigned by)
882B263A597141A...
Signature

Cody Ryan Polacek
Name

8/28/2017
Date

# PLAINTIFF CONSENT FORM

I hereby consent to make a claim against Water Street Brewery for violations of the Fair Labor Standards Act, including:

(1) Requiring servers to pay for discarded coasters, discarded silverware, discarded or broken dishes, damaged food products or use of children's cups by non-guests;

(2) Requiring servers to share tips, through a tip pool, with non-tipped employees, such as expediters and serving assistants;

(3) Not paying servers for breaks that were less than 30 minutes when they were punched out; and

(4) Failing to provide proper notice of the tip credit that Water Street Brewery was taking for each hour worked by servers.

As a result of these pay practices, there were weeks in which I was not paid proper minimum and/or overtime wages. During the past three years, I was employed by Water Street Brewery.

I hereby authorize prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Michael Toy as class representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreement between Plaintiff's Counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit.

_Ashley Smith_
Signature

_Ashley Smith_
Name

_12/4/17_
Date

# PLAINTIFF CONSENT FORM

I hereby consent to make a claim against Water Street Brewery for violations of the Fair Labor Standards Act, including:

(1) Requiring servers to pay for discarded coasters, discarded silverware, discarded or broken dishes, damaged food products or use of children's cups by non-guests;

(2) Requiring servers to share tips, through a tip pool, with non-tipped employees, such as expediters and serving assistants;

(3) Not paying servers for breaks that were less than 30 minutes when they were punched out; and

(4) Failing to provide proper notice of the tip credit that Water Street Brewery was taking for each hour worked by servers.

As a result of these pay practices, there were weeks in which I was not paid proper minimum and/or overtime wages. During the past three years, I was employed by Water Street Brewery.

I hereby authorize prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Michael Toy as class representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreement between Plaintiff's Counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit.

_____
Signature

Timothy R. VandeMoore
Name

9-12-17
Date