## PLAINTIFF CONSENT FORM

I hereby consent to make a claim against Water Street Brewery for violations of Federal Law including:

(1) Requiring servers to pay for discarded coasters, discarded silverware, discarded or broken dishes, damaged food products or use of children's cups by non-guests;

(2) Requiring servers to share tips, through a tip pool, with non-tipped employees, such as expediters and serving assistants;

(3) Not paying servers for breaks that were less than 30 minutes when they were punched out; and

(4) Failing to provide proper notice of the tip credit that Water Street Brewery was taking for each hour worked by servers.

As a result of these pay practices, there were weeks in which I was not paid proper minimum, overtime, and/or agreed upon wages. At some time since June 12, 2014, I was employed by Water Street Brewery.

I hereby authorize prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Michael Toy as class representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreement between Plaintiff's Counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit.

_____
Signature

Danielle Bollig
DANIELLE BOLLIG

11/23/18
Date

# PLAINTIFF CONSENT FORM

I hereby consent to make a claim against Water Street Brewery for violations of Federal Law including:

(1) Requiring servers to pay for discarded coasters, discarded silverware, discarded or broken dishes, damaged food products or use of children's cups by non-guests;

(2) Requiring servers to share tips, through a tip pool, with non-tipped employees, such as expediters and serving assistants;

(3) Not paying servers for breaks that were less than 30 minutes when they were punched out; and

(4) Failing to provide proper notice of the tip credit that Water Street Brewery was taking for each hour worked by servers.

As a result of these pay practices, there were weeks in which I was not paid proper minimum, overtime, and/or agreed upon wages. At some time since June 12, 2014, I was employed by Water Street Brewery.

I hereby authorize prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Michael Toy as class representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreement between Plaintiff's Counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit.

_____
Signature

JAMIE CHRISTENSON

11/30/18
Date

# PLAINTIFF CONSENT FORM

I hereby consent to make a claim against Water Street Brewery for violations of Federal Law including:

(1) Requiring servers to pay for discarded coasters, discarded silverware, discarded or broken dishes, damaged food products or use of children's cups by non-guests;

(2) Requiring servers to share tips, through a tip pool, with non-tipped employees, such as expediters and serving assistants;

(3) Not paying servers for breaks that were less than 30 minutes when they were punched out; and

(4) Failing to provide proper notice of the tip credit that Water Street Brewery was taking for each hour worked by servers.

As a result of these pay practices, there were weeks in which I was not paid proper minimum, overtime, and/or agreed upon wages. At some time since June 12, 2014, I was employed by Water Street Brewery.

I hereby authorize prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Michael Toy as class representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreement between Plaintiff's Counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit.

_____
Signature

Shane Kelly
SHANE KELLY

11-21-18
Date

## PLAINTIFF CONSENT FORM

I hereby consent to make a claim against Water Street Brewery for violations of Federal Law including:

(1) Requiring servers to pay for discarded coasters, discarded silverware, discarded or broken dishes, damaged food products or use of children's cups by non-guests;

(2) Requiring servers to share tips, through a tip pool, with non-tipped employees, such as expediters and serving assistants;

(3) Not paying servers for breaks that were less than 30 minutes when they were punched out; and

(4) Failing to provide proper notice of the tip credit that Water Street Brewery was taking for each hour worked by servers.

As a result of these pay practices, there were weeks in which I was not paid proper minimum, overtime, and/or agreed upon wages. At some time since June 12, 2014, I was employed by Water Street Brewery.

I hereby authorize prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Michael Toy as class representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreement between Plaintiff's Counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit.

_Rachel Kent_
Signature

_Rachel Kent_
RACHEL KENT

_11/25/18_
Date

# PLAINTIFF CONSENT FORM

I hereby consent to make a claim against Water Street Brewery for violations of Federal Law including:

(1) Requiring servers to pay for discarded coasters, discarded silverware, discarded or broken dishes, damaged food products or use of children's cups by non-guests;

(2) Requiring servers to share tips, through a tip pool, with non-tipped employees, such as expediters and serving assistants;

(3) Not paying servers for breaks that were less than 30 minutes when they were punched out; and

(4) Failing to provide proper notice of the tip credit that Water Street Brewery was taking for each hour worked by servers.

As a result of these pay practices, there were weeks in which I was not paid proper minimum, overtime, and/or agreed upon wages. At some time since June 12, 2014, I was employed by Water Street Brewery.

I hereby authorize prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Michael Toy as class representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreement between Plaintiff's Counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit.

_Jessica Lafi_
Signature

_Jessica Rose Laflin_
JESSICA ROSE LAFLIN

11/13/18
Date

## PLAINTIFF CONSENT FORM

I hereby consent to make a claim against Water Street Brewery for violations of Federal Law including:

(1) Requiring servers to pay for discarded coasters, discarded silverware, discarded or broken dishes, damaged food products or use of children's cups by non-guests;

(2) Requiring servers to share tips, through a tip pool, with non-tipped employees, such as expediters and serving assistants;

(3) Not paying servers for breaks that were less than 30 minutes when they were punched out; and

(4) Failing to provide proper notice of the tip credit that Water Street Brewery was taking for each hour worked by servers.

As a result of these pay practices, there were weeks in which I was not paid proper minimum, overtime, and/or agreed upon wages. At some time since June 12, 2014, I was employed by Water Street Brewery.

I hereby authorize prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Michael Toy as class representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreement between Plaintiff's Counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit.

_____
Signature

Bryant Lee
BRYANT LEE

11-30-2018
Date

## PLAINTIFF CONSENT FORM

I hereby consent to make a claim against Water Street Brewery for violations of Federal Law including:

(1) Requiring servers to pay for discarded coasters, discarded silverware, discarded or broken dishes, damaged food products or use of children's cups by non-guests;

(2) Requiring servers to share tips, through a tip pool, with non-tipped employees, such as expediters and serving assistants;

(3) Not paying servers for breaks that were less than 30 minutes when they were punched out; and

(4) Failing to provide proper notice of the tip credit that Water Street Brewery was taking for each hour worked by servers.

As a result of these pay practices, there were weeks in which I was not paid proper minimum, overtime, and/or agreed upon wages. At some time since June 12, 2014, I was employed by Water Street Brewery.

I hereby authorize prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Michael Toy as class representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreement between Plaintiff's Counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit.

_____
Signature

_____
SPENCER POLACEK

_____
11/27/18
Date

## PLAINTIFF CONSENT FORM

I hereby consent to make a claim against Water Street Brewery for violations of Federal Law including:

(1) Requiring servers to pay for discarded coasters, discarded silverware, discarded or broken dishes, damaged food products or use of children's cups by non-guests;

(2) Requiring servers to share tips, through a tip pool, with non-tipped employees, such as expediters and serving assistants;

(3) Not paying servers for breaks that were less than 30 minutes when they were punched out; and

(4) Failing to provide proper notice of the tip credit that Water Street Brewery was taking for each hour worked by servers.

As a result of these pay practices, there were weeks in which I was not paid proper minimum, overtime, and/or agreed upon wages. At some time since June 12, 2014, I was employed by Water Street Brewery.

I hereby authorize prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Michael Toy as class representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreement between Plaintiff's Counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit.

_____
Signature

Scott Skibosh
SCOTT SKIBOSH

12/1/18
Date

# PLAINTIFF CONSENT FORM

I hereby consent to make a claim against Water Street Brewery for violations of Federal Law including:

(1) Requiring servers to pay for discarded coasters, discarded silverware, discarded or broken dishes, damaged food products or use of children's cups by non-guests;

(2) Requiring servers to share tips, through a tip pool, with non-tipped employees, such as expediters and serving assistants;

(3) Not paying servers for breaks that were less than 30 minutes when they were punched out; and

(4) Failing to provide proper notice of the tip credit that Water Street Brewery was taking for each hour worked by servers.

As a result of these pay practices, there were weeks in which I was not paid proper minimum, overtime, and/or agreed upon wages. At some time since June 12, 2014, I was employed by Water Street Brewery.

I hereby authorize prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Michael Toy as class representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreement between Plaintiff's Counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit.

*[Signature]*
Signature

SCOTT WAWRZYNIAK

11/29/18
Date