UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

___

MICHAEL TOY,

    Plaintiff,

v.

WATER STREET BREWERY, INC.;
WSB GRAFTON, INC.;
WSB OAK CREEK RESTAURANT, LLC;
WSB LAKE COUNTRY, INC.;
and ROBERT C. SCHMIDT JR.,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. 18-cv-1341-pp

___

☐ **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☑ **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

**THE COURT ORDERS AND ADJUDGES** that judgment is entered in favor of the plaintiff and against the defendants in the amount of $308,000 to be allocated as follows: $100,613.12 as attorney fees; $1,637.41 as costs; $5,000 as a service payment to plaintiff Michael Toy; and $200,749.47 as an allocation to the FLSA settlement fund, to be disbursed to collective class members as listed below.

| Name | SERVICE PAYMENT 1099 | PAYMENT 1 - WITHIN 30 DAYS OF COURT APPROVAL | | PAYMENT 2 - BY 11/1/2019 | | TOTALS |
| --- | --- | --- | --- | --- | --- | --- |
| | | FLSA W2 | FLSA 1099 | FLSA W2 | FLSA 1099 | |
| ARBELIUS, BRITTNEY | | $871.99 | $871.99 | $932.26 | $932.26 | $3,608.49 |
| BALCER, CHRISTINA | | $293.45 | $293.45 | $313.73 | $313.73 | $1,214.36 |
| BALLANTYNE, MATTHEW | | $1,228.89 | $1,228.89 | $1,313.82 | $1,313.82 | $5,085.42 |
| BERGLES, STEPHANIE | | $310.94 | $310.94 | $332.44 | $332.44 | $1,286.76 |
| BIONDI, GUY | | $214.93 | $214.93 | $229.78 | $229.78 | $889.42 |
| BJERKE, STACEY | | $62.27 | $62.27 | $66.58 | $66.58 | $257.70 |
| BOLLIG, DANIELLE | | $40.12 | $40.12 | $42.89 | $42.89 | $166.01 |
| BOPP, MARY | | $21.97 | $21.97 | $23.49 | $23.49 | $90.92 |

| Name | | Col1 | Col2 | Col3 | Col4 | Total |
|---|---|---|---|---|---|---|
| BROWN, ALYSSA | | $809.37 | $809.37 | $865.32 | $865.32 | $3,349.38 |
| BRUNNER, LINDSEY | | $418.54 | $418.54 | $447.47 | $447.47 | $1,732.02 |
| CHRISTENSON, JAMIE | | $121.91 | $121.91 | $130.33 | $130.33 | $504.48 |
| CIHASKY, RYAN | | $751.84 | $751.84 | $803.80 | $803.80 | $3,111.28 |
| COGSWELL, IAN | | $313.48 | $313.48 | $335.14 | $335.14 | $1,297.24 |
| DIXON, DANIEL | | $1,149.88 | $1,149.88 | $1,229.35 | $1,229.35 | $4,758.46 |
| EDDINGTON, JASON | | $684.91 | $684.91 | $732.25 | $732.25 | $2,834.33 |
| EVANS, MICHAELA | | $367.59 | $367.59 | $393.00 | $393.00 | $1,521.19 |
| FAHEY, ANNE | | $468.62 | $468.62 | $501.01 | $501.01 | $1,939.28 |
| FERGUSON, ALLISON | | $479.40 | $479.40 | $512.54 | $512.54 | $1,983.89 |
| FERGUSON, DESHAWN | | $493.34 | $493.34 | $527.44 | $527.44 | $2,041.58 |
| FLEISCHMANN, AMANDA | | $763.63 | $763.63 | $816.41 | $816.41 | $3,160.07 |
| FORBES, DILLON | | $210.64 | $210.64 | $225.20 | $225.20 | $871.68 |
| GALLIPEAN, HEAVIN | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| GALLIPEAU, HEAVIN | | $949.81 | $949.81 | $1,015.46 | $1,015.46 | $3,930.54 |
| GAMOKE, SARAH | | $75.52 | $75.52 | $80.74 | $80.74 | $312.52 |
| GARCIA, ELIZABETH A | | $43.08 | $43.08 | $46.06 | $46.06 | $178.28 |
| GEBBARD, ANGELA | | $1,276.92 | $1,276.92 | $1,365.18 | $1,365.18 | $5,284.21 |
| GEIB, RENEE | | $350.60 | $350.60 | $374.83 | $374.83 | $1,450.86 |
| GERHARDT, CORY | | $1,123.88 | $1,123.88 | $1,201.56 | $1,201.56 | $4,650.87 |
| GONDEK, RUTH | | $287.71 | $287.71 | $307.60 | $307.60 | $1,190.61 |
| GRAF, SAVANNAH | | $223.56 | $223.56 | $239.01 | $239.01 | $925.15 |
| GROESCHEL, JANA | | $118.35 | $118.35 | $126.53 | $126.53 | $489.75 |
| GROSSKREUZ, BREANNE | | $41.72 | $41.72 | $44.61 | $44.61 | $172.66 |
| GROVER, ERIC | | $57.38 | $57.38 | $61.35 | $61.35 | $237.47 |
| GUCKENBERGER, KRISTA M | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| HADDICAN, KAYLAN | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| HAINER, CARLY | | $737.77 | $737.77 | $788.76 | $788.76 | $3,053.05 |
| HEINIGER, ZACHARY | | $1,088.83 | $1,088.83 | $1,164.09 | $1,164.09 | $4,505.82 |
| JOHNSON, CARLIE | | $86.63 | $86.63 | $92.61 | $92.61 | $358.48 |
| KELLY, SHANE | | $4.79 | $4.79 | $5.12 | $5.12 | $19.80 |
| KELLY, SHERRY | | $644.21 | $644.21 | $688.73 | $688.73 | $2,665.88 |
| KENT, RACHEL | | $134.60 | $134.60 | $143.90 | $143.90 | $557.01 |
| KIEHL, CHELSEA | | $292.52 | $292.52 | $312.74 | $312.74 | $1,210.52 |
| KLEINHANS, PAIGE | | $1,295.46 | $1,295.46 | $1,385.00 | $1,385.00 | $5,360.91 |
| KLOTZ, BRITTANY | | $402.05 | $402.05 | $429.84 | $429.84 | $1,663.79 |
| KLOTZ, LAUREN | | $398.96 | $398.96 | $426.54 | $426.54 | $1,651.00 |
| KONRATH, STEVEN | | $64.07 | $64.07 | $68.50 | $68.50 | $265.13 |
| KOPREK, AUSTIN J | | $1,276.42 | $1,276.42 | $1,364.65 | $1,364.65 | $5,282.13 |
| KURSCHNER, CHRISTINA | | $19.69 | $19.69 | $21.05 | $21.05 | $81.48 |
| LAFLIN, JESSICA ROSE | | $510.32 | $510.32 | $545.59 | $545.59 | $2,111.82 |
| LEE, BRYANT | | $29.08 | $29.08 | $31.09 | $31.09 | $120.33 |

| Name | | | | | | |
|---|---|---|---|---|---|---|
| LINDER, SHEILA MARIE | | $43.91 | $43.91 | $46.94 | $46.94 | $181.70 |
| LUBA, AMANADA | | $242.27 | $242.27 | $259.02 | $259.02 | $1,002.58 |
| MARION, ERIKA C | | $295.58 | $295.58 | $316.01 | $316.01 | $1,223.17 |
| MAXWELL, JANA | | $459.03 | $459.03 | $490.76 | $490.76 | $1,899.59 |
| MCCUEN, MORGAN | | $120.42 | $120.42 | $128.75 | $128.75 | $498.34 |
| MCDONALD, MATTHEW | | $249.48 | $249.48 | $266.72 | $266.72 | $1,032.40 |
| MCKAY, BETH | | $0.64 | $0.64 | $0.68 | $0.68 | $2.65 |
| MILLER, AUBRE | | $174.97 | $174.97 | $187.06 | $187.06 | $724.07 |
| MINOR, CARLY | | $156.82 | $156.82 | $167.66 | $167.66 | $648.98 |
| NARANJO, STEPHANIE | | $390.47 | $390.47 | $417.46 | $417.46 | $1,615.85 |
| NARANJO, STEPHANIE R | | $11.05 | $11.05 | $11.81 | $11.81 | $45.71 |
| NELSON, LAURA | | $438.17 | $438.17 | $468.46 | $468.46 | $1,813.26 |
| OCONNELL, DANIELLE | | $142.72 | $142.72 | $152.58 | $152.58 | $590.60 |
| PEREZ-GARDIPEE, NATALIA | | $1,088.66 | $1,088.66 | $1,163.91 | $1,163.91 | $4,505.13 |
| PETRE, HANNAH | | $416.61 | $416.61 | $445.40 | $445.40 | $1,724.02 |
| PIERSON, IAN | | $201.96 | $201.96 | $215.92 | $215.92 | $835.75 |
| PINTER, KAILEY | | $386.52 | $386.52 | $413.24 | $413.24 | $1,599.51 |
| POLACEK, CODY | | $520.14 | $520.14 | $556.09 | $556.09 | $2,152.46 |
| POLACEK, SPENCER | | $320.87 | $320.87 | $343.05 | $343.05 | $1,327.84 |
| POSNANSKI, SAMUEL | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| POWLESS, COREY | | $708.51 | $708.51 | $757.49 | $757.49 | $2,932.00 |
| PROCTOR, MARISSA | | $155.65 | $155.65 | $166.41 | $166.41 | $644.11 |
| PUTCHINSKI, CLAIRE | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| RAPPAPORT, EMMA | | $33.59 | $33.59 | $35.91 | $35.91 | $138.99 |
| RICHTER, MIRANDA | | $30.53 | $30.53 | $32.64 | $32.64 | $126.34 |
| RIETVELD, NICCOLE | | $262.88 | $262.88 | $281.05 | $281.05 | $1,087.88 |
| RIVERA, GEORGE | | $1,923.83 | $1,923.83 | $2,056.81 | $2,056.81 | $7,961.28 |
| ROGERS, LUCIA | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| ROHLOFF, KATHRYN | | $15.47 | $15.47 | $16.54 | $16.54 | $64.03 |
| ROURKE, CATHERINE | | $37.62 | $37.62 | $40.22 | $40.22 | $155.68 |
| SANCHEZ, CARISSA | | $4.17 | $4.17 | $4.46 | $4.46 | $17.26 |
| SANCHEZ, CARISSA M | | $956.25 | $956.25 | $1,022.35 | $1,022.35 | $3,957.20 |
| SCHNEIDER, CHARLIE | | $249.46 | $249.46 | $266.71 | $266.71 | $1,032.34 |
| SCHROEDER, CAROLYN | | $165.09 | $165.09 | $176.50 | $176.50 | $683.19 |
| SCHULZ, NICOLE | | $92.61 | $92.61 | $99.01 | $99.01 | $383.24 |
| SIDESKY, NICOLE | | $55.34 | $55.34 | $59.17 | $59.17 | $229.02 |
| SKIBOSH, SCOTT | | $153.98 | $153.98 | $164.62 | $164.62 | $637.19 |
| SMITH, ASHLEY | | $25.83 | $25.83 | $27.62 | $27.62 | $106.91 |
| SOLTIS, NICOLE | | $535.71 | $535.71 | $572.73 | $572.73 | $2,216.88 |
| SPITZA, NICK | | $26.92 | $26.92 | $28.78 | $28.78 | $111.40 |
| ST GEORGE, KAITLYN | | $791.02 | $791.02 | $845.70 | $845.70 | $3,273.45 |
| STANGE, MEGHAN | | $1,504.98 | $1,504.98 | $1,609.00 | $1,609.00 | $6,227.97 |

| Name | | | | | | |
|---|---|---|---|---|---|---|
| STROEDE, TAYLOR | | $2,071.91 | $2,071.91 | $2,215.12 | $2,215.12 | $8,574.05 |
| TEGGE, MAKENA | | $148.59 | $148.59 | $158.86 | $158.86 | $614.90 |
| THOMAS, DARREN | | $617.60 | $617.60 | $660.29 | $660.29 | $2,555.78 |
| TOY, MICHAEL | $5,000.00 | $1,283.53 | $1,283.53 | $1,372.24 | $1,372.24 | $10,311.55 |
| TUCKER, COURTNEY | | $756.34 | $756.34 | $808.62 | $808.62 | $3,129.91 |
| VANDE MOORE, TIM | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| VANDEMOORE, TIM | | $172.01 | $172.01 | $183.90 | $183.90 | $711.83 |
| VERHAGEN, RACHEL | | $1,396.44 | $1,396.44 | $1,492.96 | $1,492.96 | $5,778.80 |
| VOLPANO, CHELSEA | | $646.00 | $646.00 | $690.65 | $690.65 | $2,673.31 |
| WAWRZYNIAK, SCOTT | | $75.25 | $75.25 | $80.45 | $80.45 | $311.39 |
| WEST, COURTNEY | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| WILLIAMS, ALONZO | | $2,022.74 | $2,022.74 | $2,162.55 | $2,162.55 | $8,370.58 |
| WOLFGRAM, MEGAN | | $7.61 | $7.61 | $8.13 | $8.13 | $31.47 |
| WOLLERSHEIM, GENNA | | $1,069.31 | $1,069.31 | $1,143.22 | $1,143.22 | $4,425.04 |
| WOLSKI, KAYSIE | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| YEHLE, ZACHARY | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| YENTER, KAYLA | | $1,004.83 | $1,004.83 | $1,074.28 | $1,074.28 | $4,158.21 |
| YOUNGER, SAMANTHA | | $17.07 | $17.07 | $18.25 | $18.25 | $70.64 |
| ZANE, TYLER | | $281.99 | $281.99 | $301.48 | $301.48 | $1,166.96 |
| ZUTAVERN, JEANA | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BULLOCKS, ARMOND | | $54.55 | $54.55 | $58.32 | $58.32 | $225.74 |
| CAMPBELL, REBECCA | | $27.59 | $27.59 | $29.50 | $29.50 | $114.19 |
| HEIN, KAITLIN | | $1,359.90 | $1,359.90 | $1,453.89 | $1,453.89 | $5,627.59 |
| REICHART, DEBRA | | $43.36 | $43.36 | $46.36 | $46.36 | $179.43 |
| WALKER, SYDNEY | | $452.88 | $452.88 | $484.18 | $484.18 | $1,874.12 |
| Hawks Quindel S.C. | | | $51,978.27 | | $50,272.26 | $102,250.53 |

**THE COURT ORDERS** that the parties' joint motion for approval of collective action settlement is **GRANTED**. Dkt. No. 36.

**THE COURT RETAINS JURISDICTION** over this case.

**THE COURT ORDERS** that this case is **DISMISSED**.

Approved and dated in Milwaukee, Wisconsin this 15th day of May, 2019.

STEPHEN C. DRIES  
Clerk of Court

*s/Cary Biskupic*
(by) Deputy Clerk

BY THE COURT:

**HON. PAMELA PEPPER**
**United States District Judge**